THE ATTORNEY GENERAL
OF TEXAS
AUSTIN 11, TEXAS


June 9, 1955

Hon. Archie S. McDonald                    Opinion No. S-158
County Attorney
Moore County                               Re: Exemption of water well
Dumas, Texas                                   drilling motor vehicles from
                                               registration under Article
                                               6675a-2, V.C.S., and from
                                               the sales tax levied by Arti-
Dear Mr. McDonald:                             cle 7047k, V. C. S.

        We refer to your request for an opinion as to whether the
motor vehicle retail sales tax as provided in Article 7047k, Vernon's
Civil Statutes, should be collected on a motor vehicle on which is
mounted machinery used solely for the purpose of drilling water wells,
or is a unit in itself. You further inquire as to whether or not the
owner of such vehicles may register them even though Article 6675a-2,
V. C. S., specifically exempts such vehicles from registration.

        Section 2(c) of Article 7047k defines "motor vehicle" for the
purposes of taxation under the statute as follows:

        "The term 'motor vehicle' as used in this Act shall
        mean every self-propelled vehicle in or by which any per-
        son or property is or may be transported upon a public
        highway, including trailers and semitrailers, but shall
        not mean any device moved only by human power or used
        exclusively upon stationary rails or tracks and shall not
        include farm machinery or farm trailers or road building
        machinery or any self-propelled vehicle used exclusively
        to move any of the three immediately preceding vehicles."

        It is our opinion that a motor vehicle upon which is mounted
machinery used solely for the purpose of drilling water wells would be
included in the above definition of a motor vehicle and, therefore, sub-
ject to the tax under Article 7047k.

        Section 5 of Article 7047k, providing for collection of the tax,
reads in part as follows:

        "The taxes levied in this Article shall be collected
        by the Assessor and Collector of Taxes of the county in
        which any such motor vehicle is first registered or first

transferred after such a sale; the Tax Collector shall re-
fuse to accept for registration or for transfer any motor
vehicle until the tax thereon is paid."

It is therefore our opinion that such vehicles would be subject
to the motor vehicle retail sales tax under Article 7047k. However, al-
though such vehicles are not prohibited from registration, they are speci-
fically exempt from registration under the provisions of Article 6675a-2
when used exclusively for the purpose of drilling water wells and operated
or moved only temporarily upon the highways.

## SUMMARY

A motor vehicle on which is mounted machinery used solely
for the purpose of drilling water wells, and which is a unit in itself, is
subject to the motor vehicle retail sales tax under Article 7047k, V.C.S.
However, such vehicles, although not prohibited from registration, are
specifically exempt from registration under Article 6675a-2, V.C.S.,
when used exclusively for the purpose of drilling water wells, and oper-
ated or moved only temporarily upon the highways.

Yours very truly,

APPROVED:

L. P. Lollar
Taxation Division

John Reeves
Reviewer

J. A. Amis, Jr.
Reviewer

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

LWG:rn

JOHN BEN SHEPPERD
Attorney General

By L. W. Gray
L. W. Gray
Assistant